IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOLFGANG RUST and BOBBY CONN, | ) | 4:08cv3185 |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED ORDER ON FINAL PRETRIAL CONFERENCE** |
| vs. | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES RELIGION STUDY COMMITTEE, and ROBERT P. HOUSTON, FRANCIS X. HOPKINS, LARRY WAYNE, KATHY BLUM, JOE BALDASSANO, STEVE MARSH, and TARN E. DAVIS, in their official and individual capacities, | ) | |
| Defendants. | ) | |

COME NOW the Defendants Nebraska Department of Correctional Services Religion Study Committee, and Robert P. Houston, Francis X. Hopkins, Larry Wayne, Kathy Blum, Joe Baldassano, Steve Marsh, and Tarn E. Davis, in their official and individual capacities, through counsel, and move this Court to enlarge the period of time that defense counsel has been ordered to submit the Proposed Pretrial Order on Final Pretrial Conference because the pretrial conference has been rescheduled to November 19, 2009.

WHEREFORE, the Defendants respectfully request the Court order that defense counsel shall submit the Proposed Order on Final Pretrial Conference to the Court no later than November 5, 2009.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES RELIGION STUDY COMMITTEE, and ROBERT P. HOUSTON, FRANCIS X. HOPKINS, LARRY WAYNE, KATHY BLUM, JOE BALDASSANO, STEVE MARSH, and TARN E. DAVIS, in their official and individual capacities, Defendants.

BY:   JON BRUNING, #20351
Attorney General

BY:   s/Ryan C. Gilbride
Ryan C. Gilbride, #22415
Assistant Attorney General
2115 State Capitol
Lincoln, NE  68509
(402) 471-9656
Fax: (402) 471-4725
ryan.gilbride@nebraska.gov

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2009, I electronically filed the foregoing Motion for Enlargement of Time to File Proposed Order on Final Pretrial Conference with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy was caused to be mailed, first class United States mail, postage prepaid, to the Plaintiffs herein, addressed to Wolfgang Rust #30118 and Bobby Conn #57625, Nebraska State Penitentiary, P.O. Box 2500, Lincoln, NE  68542-2500.

s/Ryan C. Gilbride
Ryan C. Gilbride, #22415
Assistant Attorney General
2115 State Capitol
Lincoln, NE  68509
(402) 471-9656
Fax: (402) 471-4725
ryan.gilbride@nebraska.gov