IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOLFGANG RUST, and BOBBY CONN, | ) ) ) | 4:08CV3185 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES RELIGION STUDY COMMITTEE, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion.  The parties are currently in settlement negotiations and have requested a postponement of the Telephone Conference scheduled on May 26, 2010, at 1:30 p.m.  (*See* Filing No. 75.)

IT IS THEREFORE ORDERED that:

1.      The Telephone Conference scheduled on May 26, 2010, at 1:30 p.m. is postponed until further notice from the court.

2.      By June 9, 2010, the parties shall advise the court of their settlement negotiation status.

DATED this 26th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
Supervisory Pro Se Judge