IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOLFGANG RUST, and BOBBY CONN, | ) ) ) | 4:08CV3185 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES RELIGION STUDY COMMITTEE, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The parties are currently in settlement negotiations. To accommodate these negotiations, the court postponed a Telephone Conference to discuss the entry of an appropriate progression order. (*See* Filing Nos. 73 and 76.) On July 21, 2010, the parties advised the court that they were continuing to make progress towards a potential resolution of this case. (Filing No. 77.) More than a month has passed since this update. Accordingly, the parties shall have ten days to advise the court, in writing, of their current settlement negotiation status.

IT IS THEREFORE ORDERED that by September 24, 2010, the parties shall advise the court, in writing, of their settlement negotiation status.

DATED this 13th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
Supervisory Pro Se Judge