IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOLFGANG RUST, and BOBBY CONN, | ) ) ) | 4:08CV3185 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES RELIGION STUDY COMMITTEE, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion.  The parties are currently in settlement negotiations.  On July 21, 2010, the parties filed a Status Report stating that they were continuing to make progress towards a potential resolution of this case. (Filing No. 77.)  On September 24, 2010, the parties filed another Status Report advising the court that they had reached a tentative agreement on a number of issues, but that two issues remained unresolved.  (Filing No. 81.)  More than a month has passed since the parties filed their last Status Report and this case remains unresolved.  (*See* Docket Sheet.)  Accordingly, counsel for both parties shall appear, with full settlement authority, in the undersigned Judge's chambers for a Settlement Conference.

    IT IS THEREFORE ORDERED that:

    1.    Counsel for both parties shall appear, with full settlement authority, in the undersigned Judge's chambers on **December 9, 2010**, from 12:00 p.m. to 1:30 p.m., for a Settlement Conference.

    2.    No extensions of the Settlement Conference date will be granted.

DATED this 2nd day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
Supervisory Pro Se Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.