## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOLFGANG RUST, and BOBBY CONN, | ) ) ) | CASE NO. 4:08CV3185 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES RELIGION STUDY COMMITTEE, ET AL., | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion for Entry of Stipulated Judgment for Attorneys' Fees. (Filing No. 91.) The parties have stipulated and agreed to a "judgment for attorneys' fees in favor of Plaintiffs and against Defendants in the amount of $12,400.00." (*Id.*) The court accepts the Joint Motion for Entry of Stipulated Judgment.

IT IS THEREFORE ORDERED that:

1.    The parties' Joint Motion for Entry of Stipulated Judgment for Attorneys' Fees (Filing No. 91) is granted. In accordance with this Motion and the parties' Stipulated Judgment (Filing No. 86), this matter is dismissed with prejudice;

and

2.    A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of March, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge